**Electronically Filed
Supreme Court
SCWC-19-0000029
17-JUN-2021
11:34 AM
Dkt. 3 ODAC**

SCWC-19-0000029

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ERIC ALAN BARSHINGER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000029; CASE NO. 1DTA-17-03047)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ of Certiorari filed on May 5, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 17, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

